UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD HOFF,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.
_____/

No. C 13-5558 PJH

**ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Both parties having filed their consent to proceed before a United States Magistrate Judge, this matter is referred for random assignment of a Magistrate Judge to conduct any and all proceedings in this matter and order the entry of final judgment, pursuant to Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: March 27, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:    CANDMagRef
       Odile